IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DORA SCHWARTZ,<br>on her own behalf and for all others<br>similarly situated,<br><br>       Plaintiff,<br>  v.<br><br>VICTORY SECURITY AGENCY, LLC<br><br>       Defendant. | Civil Action No. 11-489<br><br><br><br><br>JURY TRIAL DEMANDED |

### NOTICE OF MOTION TO ADMIT DAVID J. COHEN, ESQUIRE *PRO HAC VICE*

  I, Timothy M. Kolman, Esquire, an attorney in good standing in the Commonwealth of Pennsylvania and admitted to practice before the United States District Court for the Western District of Pennsylvania, moves this Court to permit the appearance of David J. Cohen, Esquire, as a member of the bar of the Western District of Pennsylvania, to appear *pro hac vice* in the above-captioned matter.

  I hereby certify that copies of this motion and the attached affidavit have been served upon all parties in the above-captioned matter.

                  Respectfully submitted,

                  Timothy M. Kolman, Esquire

April 22, 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DORA SCHWARTZ,<br>on her own behalf and for all others<br>similarly situated, | Civil Action No. 11-489 |
| Plaintiff, | |
| v. | |
| VICTORY SECURITY AGENCY, LLC | JURY TRIAL DEMANDED |
| Defendant. | |

### AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, David J. Cohen, Esquire, of full age, being duly sworn according to law, upon oath, depose and say:

1. I am an associate of the law firm of Kolman Ely, P.C., with an office at 414 Hulmeville Avenue, Penndel, PA 19047.

2. I am a member of the bar of the Commonwealth of Pennsylvania and I am admitted to practice before the United States District for the Eastern District of Pennsylvania, the District of New Jersey and the Eastern District of New York.

3. I am qualified to appear and to represent Dora Schwartz in this matter.

4. Upon admission to this Court *pro hac vice,* I will abide by the rules governing the courts of the United States District Court for the Western District of Pennsylvania.

5. I am a registered user of the ECF for the United States District Court for the Western District of Pennsylvania.

6. I have read and understand the Local Rules of Court.

In light of the foregoing, I respectfully request that I be admitted *pro hac vice* in this matter so that I may represent Plaintiff, Dora Schwartz.

_____
David J. Cohen, Esquire

April 22, 2011