IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DORA SCHWARTZ,<br>on her own behalf and for all others<br>similarly situated,<br><br>       Plaintiff,<br>v.<br><br>VICTORY SECURITY AGENCY, LLC<br><br>       Defendant. | Civil Action No. 11-489<br><br><br><br><br>JURY TRIAL DEMANDED |

## ORDER

David J. Cohen, Esquire, an attorney in good standing in the Commonwealth of Pennsylvania and admitted to practice before the United States District Court for the Eastern District of Pennsylvania, the District of New Jersey and the Eastern District of New York has moved to permit his appearance *pro hac vice* on behalf of Dora Schwartz, Plaintiff in the above-captioned matter. The affidavit of David J. Cohen indicates that Mr. Cohen satisfies the conditions of admission. It is therefore **ORDERED** that the motion seeking admission of David J. Cohen to practice before the United States District Court of the Western District of Pennsylvania (U.S.D.C.-WDPA) *pro hac vice* in the above-captioned matter is hereby **GRANTED**, provided that David J. Cohen shall:

1) Abide by the rules governing this Court, including all disciplinary rules;

2) Notify this Court immediately of any matter affecting his standing at the bar of any other court.

BY THE COURT:

_____
The Hon. Arthur J. Schwab,       J.